GENNA ELLIS BEIER (SBN 300505)
JENNIFER FRIEDMAN (SBN 314270)
Office of the San Francisco Public Defender
Attorneys for Petitioner

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ALBERTO YBOY FLORES**, | No. 2:25-cv-07882-JWH-AJR |
| Petitioner, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING STIPULATED BRIEFING SCHEDULE** |
| **Ernesto SANTACRUZ, et al.**, | Honorable A. Joel Richlin |
| Respondents. | United States Magistrate Judge |

[~~PROPOSED~~] ORDER
NO. 5:25-cv-02512-JLS-JDE

# [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parities, IT IS SO ORDERED that the Petitioner shall file his Opposition to Respondents' motion to dismiss, and Respondents shall file their Reply to the opposition as specified by stipulation.

DATED: 10/07/2025

HON. A. JOEL RICHLIN
United States Magistrate Judge

---

1

[~~PROPOSED~~] ORDER
No. 2:25-cv-07882-JWH-AJR