JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUIS ALBERTO YBOY FLORES,

Petitioner,

v.

ERNESTO SANTACRUZ, et al.,

Respondents,

Case No. 2:25-cv-07882-JWH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Respondents' Motion to Dismiss is **GRANTED**.

2. The Petition is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: May 29, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-